

**RECEIVED**
APR 23 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-SC-00519 (NEB/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SHEA SAWYER and CARMEN KOSICEK, <br><br> Plaintiffs, <br><br> v. <br><br> WALDEN UNIVERSITY, L.L.C. and LAUREATE EDUCATION, INC., <br><br> Defendants. | **FILED UNDER SEAL** |

### THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United

SCANNED
APR 23 2021
U.S. DISTRICT COURT MPLS

States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relators' Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

                Respectfully submitted,

                BRIAN M. BOYNTON
                Acting Assistant Attorney General

Dated: April 23, 2021        W. ANDERS FOLK
                Acting United States Attorney

                *s/ David W. Fuller*

                BY: DAVID W. FULLER
                Assistant U.S. Attorney
                Attorney ID Number 390922
                600 United States Courthouse
                300 South Fourth Street
                Minneapolis, MN 55415
                Phone: 612-664-5600
                Email: David.Fuller@usdoj.gov

JAMIE ANN YAVELBERG
ALLISON CENDALI
JAY D. MAJORS
Attorneys, Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 307-0264
Jay.Majors@usdoj.gov


ATTORNEYS FOR THE UNITED
STATES OF AMERICA

3